## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAYNE RYBCZYK,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLIED GENETIC TECHNOLOGIES CORPORATION, SUSAN B. WASHER, WILLIAM ALISKI, YEHIA HASHAD, ED HURWITZ, SCOTT KOENIG, JAMES A. ROBINSON, JAMES ROSEN, AND ANNE VANLENT,<br><br>                Defendants. | Case No.  3:22-cv-01506-JCH<br><br>**NOTICE OF DISMISSAL**<br><br>January 31, 2023 |

### NOTICE OF VOLUNTARY
### DISMISSAL OF ACTION PURSUANT TO RULE 41(a)

NOW COMES, the Plaintiff, JAYNE RYBCZYK, by and through her attorney, the LAW OFFICES OF JOSHUA B. KONS, LLC, and for her Notice of Voluntary Dismissal of this action against all Defendants, APPLIED GENETIC TECHNOLOGIES CORPORATION, SUSAN B. WASHER, WILLIAM ALISKI, YEHIA HASHAD, ED HURWITZ, SCOTT KOENIG, JAMES A. ROBINSON, JAMES ROSEN, AND ANNE VANLENT, without prejudice. Specifically, the Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses this case before any opposing party has served either an answer or a motion for summary judgment; and

2. Plaintiff requests that the dismissal of the above captioned matter be *without prejudice* and without costs to any party.

Dated this January 31, 2023

        Respectfully submitted,
        **JAYNE RYBCZYK**

        By: /s/ Joshua B. Kons

        Joshua B. Kons (ct28936)
        LAW OFFICES OF JOSHUA B. KONS, LLC
        92 Hopmeadow Street, Lower Level
        Weatogue, CT 06089
        T: 860-920-5181
        E: joshuakons@konslaw.com

## CERTIFICATION

I hereby certify that on this January 31, 2023, a copy of the foregoing Notice of Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          By: /s/ Joshua B. Kons
                Joshua B. Kons